# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

161818

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KAHLILIA DAVIS,
        Plaintiff,

v

                            SC: 161818

JUDICIAL TENURE COMMISSION,
        Defendant.

_____/

       On order of the Court, the complaint for superintending control is considered, and it is DISMISSED to the extent that the information sought does not relate to the allegations of Formal Complaint No. 101 for the reason that there is no "proceeding" before the Judicial Tenure Commission within the meaning of MCR 9.211(C). In all other respects, the complaint for superintending control is DENIED, because the Court is not persuaded that it should grant the requested relief.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

a1118